DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO RAZO-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0077-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING HEARING |
| v. ) | |
| ) | |
| RICARDO RAZO-ALVARADO, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter was before the court on April 11, 2006 for status hearing. The government was represented by its counsel, Michael Beckwith, Assistant United States Attorney. Defendant, Richard Razo-Alvarado, was present with his counsel, Caro Marks, appearing on behalf of Matthew C. Bockmon, Assistant Federal Defender. The parties requested additional time to have the Pre-Plea Probation Sentencing Report prepared.

Good cause appearing therefor,

IT IS ORDERED that the matter is continued to May 9, 2006, at 9:30 a.m. for further Status Conference.

1    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from April 11, 2006 to
3 May 9, 2006, is excluded from the time computations required by the
4 Speedy Trial Act due to ongoing preparation of counsel.
5 Dated: April 20, 2006

                                /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior, United States Disrict Judge

Order Following Hearing                2