DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO RAZO-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0077-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING HEARING |
| v. ) | |
| ) | |
| RICARDO RAZO-ALVARADO, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter was before the court on May 9, 2006 for status hearing. The government was represented by its counsel, Michael Beckwith, Assistant United States Attorney. Defendant, Ricardo Razo-Alvarado, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. The parties requested additional time to have the Pre-Plea Probation Sentencing Report and Plea Agreement delivered to the defendant and discussed with counsel.

Good cause appearing therefor,

IT IS ORDERED that the matter is continued to May 16, 2006, at 9:30 a.m. for further Status Conference.

1  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from May 9, 2006 to
3 May 16, 2006, is excluded from the time computations required by the
4 Speedy Trial Act due to ongoing preparation of counsel.
5 Dated: May 12, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior United States District Judge

Order Following Hearing                2